IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SAMUEL R. JAHNKE AND SONS, INC.,
AND MARY K. JAHNKE, AS EXECUTOR
FOR THE ESTATE OF SAMUEL R. JAHNKE,
DECEASED,

        Plaintiffs,

vs.                              Case No. 10-4098-JTM

BLUE CROSS/BLUE SHIELD OF KANSAS,

        Defendant.

## ORDER

Consistent with the Court's Order of December 13, 2011 (Dkt. 47), the court shall conduct an evidentiary hearing on Monday, February 13, 2012, at 9:00 a.m. in Courtroom 238, Wichita, Kansas, to resolve the application of the ERISA safe-harbor provision.

Each side may present the testimony of up to three witnesses. The names of such witness shall be disclosed to the other party within three weeks of this Order. The parties shall not resubmit documentary evidence which has been previously submitted to the court. The parties may submit trial briefs, not to exceed five pages in length, on or before January 30, 2012.

SO ORDERED this 15th day of December, 2011.

                                                s/ J. Thomas Marten
                                                J. THOMAS MARTEN, JUDGE